STATE, Plaintiff, vs. FARBER and others, Defendants.

*November 12—December 9, 1927.*

Companion case to *State v. Van Brocklin, ante,* p. 441.

CERTIFIED QUESTION from the circuit court for Winnebago county: FRED BEGLINGER, Circuit Judge. *Answered Yes.*

For the plaintiff there was a brief by *Frank B. Keefe,* district attorney of Winnebago county, the *Attorney General,* and *J. E. Messerschmidt,* assistant attorney general, and oral argument by *Mr. Keefe* and *Mr. Messerschmidt.*

For the defendants there was a brief by *Reilly & O'Brien* of Fond du Lac, and oral argument by *J. E. O'Brien.*

PER CURIAM. This is a companion case to *State v. Van Brocklin, ante,* p. 441, 217 N. W. 277. The defendants were convicted of violations of the prohibition law, and the trial court certified to this court a question substantially similar to that certified and considered in *State v. Van Brocklin.* That case is decisive of this, and the question is answered in the affirmative.

ESCHWEILER and CROWNHART, JJ., dissent.